UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 46876
   JAMIE C JOHNSON
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-5693
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1. The case was filed on 10/10/05 and confirmed on 12/16/05.

   2. The case was dismissed after confirmation, 09/07/2007.

   3. The Debtor paid a total of $   6555.00 .

   4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORTGAG | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORTGAG | MORTGAGE ARRE | 2158.00 | .00 | 2158.00 |
| FIRST MADISON SERVICES I | SECURED | 4249.76 | .00 | 2002.89 |
| CITY OF JOLIET | SECURED | 300.00 | .00 | 141.39 |
| PROVENA ST JOSEPH HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | 11769.49 | .00 | .00 |
| CHASE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | 282.40 | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | 9192.34 | .00 | .00 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 6707.76 | .00 | 21244.23 | .00 | 27951.99 |
| PRINCIPAL PAID | 4302.28 | .00 | .00 | .00 | 4302.28 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 4302.28 | .00 | .00 | .00 | 4302.28 |

The Debtor's attorney, LEGAL HELPERS PC                , was allowed $   2300.00 and was paid $   300.00 direct and $   2000.00 through the plan.

The Trustee received $    252.72 .

Refunds to the Debtor totaled $     .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 12/17/07
/S/
GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 05 B 46876 JAMIE C JOHNSON